# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 30 WM 2015
:
              Respondent : 
:
:
:
:
         v. :
:
:
:
MICHAEL J. PENDLETON, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2015, the Application for an Immediate Hearing and the Application for Extraordinary Relief are **DENIED**.